972

No. 319. RAO v. UNITED STATES, *ante*, p. 845;

No. 321. HART v. HEDRICK, TRUSTEE IN BANKRUPTCY, *ante*, p. 846;

No. 334. MIZNER v. MIZNER, *ante*, p. 847;

No. 343. UNITED STATES v. AN ARTICLE OF DRUG . . . BACTO-UNIDISK . . . , *ante*, p. 911;

No. 359. GRAHAM v. GREENE, JUDGE, ET AL., *ante*, p. 848;

No. 126, Misc. VARONE v. VARONE, *ante*, p. 872;

No. 172, Misc. BURNS v. UNITED STATES, *ante*, p. 875;

No. 405, Misc. FORD v. UNITED STATES, *ante*, p. 927; and

No. 424, Misc. STEINHARDT v. FLORIDA, *ante*, p. 916. Petitions for rehearing denied.

DECEMBER 9, 1968.

No. ——. GRANELLO, AKA BURNS v. UNITED STATES. C. A. 2d Cir. Application for bail presented to MR. JUSTICE HARLAN, and by him referred to the Court, denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL took no part in the consideration or decision of this application. *Irving Anolik* for applicant. *Solicitor General Griswold* for the United States in opposition.

No. ——. THOMAS v. CREVASSE, SHERIFF. C. A. 5th Cir. Application for bail presented to MR. JUSTICE BLACK, and by him referred to the Court, denied. *Robert G. Petree* for applicant. *Earl Faircloth*, Attorney General of Florida, and *Raymond L. Marky*, Assistant Attorney General, in opposition.

No. ——. HAIRSTON v. ILLINOIS. Sup. Ct. Ill. Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied. *Marshall Patner* for applicant.